AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## for the

FILED ENTERED _____ RECEIVED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

District of Nevada

JUN 14 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 2:12-mj-393-CWH |
| Eric Werthofer | ) Charging District: District of Utah |
| Defendant | ) Charging District's Case No. 1:12-cr-39CW |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: U.S. District Court 300 South Main, Salt Lake City, UT | Courtroom No.: |
|---|---|
| | Date and Time: July 18, 2012, 1:00 PM |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: June 14, 2012

_____
Judge's signature

C.W. HOFFMAN, JR., U.S. MAGISTRATE JUDGE
Printed name and title