# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>ERIC RICHARD WEITHOFER,<br><br>              Defendant. | Case No. 2:12-mj-393-CWH<br><br>**ORDER MODIFYING BOND** |

Due to a clerical error the condition that the defendant submit to drug testing (condition r) was omitted from the bond issued June 14, 2012.

IT IS HEREBY ORDERED that the following condition, previously ordered, be incorporated into the Appearance Bond, Docket #10, issued June 14, 2012. The defendant shall submit to any testing required by the pretrial services officer/supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is (are) required as a condition of release.

DATED this 31st day of August, 2012.

_____
C. W. HOFFMAN, JR.
United States Magistrate Judge